Form 3-1

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| | x | |
| | : | |
| ECOPURE SPECIALITIES LIMITED, | : | **SUMMONS** |
| | : | |
| Plaintiff, | : | Court No. 26-02529 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | x | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the
Court

1. <u>Name and standing of plaintiff:</u>

Plaintiff Ecopure Specialities Limited is a foreign producer/exporter of Organic Soybean Meal. Plaintiff's products were the subject of the U.S. Department of Commerce's countervailing duty administrative review, for which the final results were published as *Organic Soybean Meal from India: Final Results of Countervailing Duty Administrative Review; 2023,* 91 Fed. Reg. 9551 (Feb. 26, 2026).

Plaintiff participated as a party in the above-referenced administrative review and is an interested parties described in Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Plaintiff accordingly has standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2. <u>Brief description of the contested determination:</u>

Plaintiff contests the U.S. Department of Commerce's final results in *Organic Soybean Meal from India: Final Results of Countervailing Duty Administrative Review; 2023,* dated February 26, 2026, finding that Plaintiff's exports and imports of subject merchandise are subject to the 75.48% countervailing duty rate.

3.      Effective date of the determination:

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on February 26, 2026 (91 Fed. Reg. 9551).

4.      Date of publication in the Federal Register:

The contested *Final Results* in the above-referenced case were published in the Federal Register on February 26, 2026 (91 Fed. Reg. 9551).

Respectfully submitted,

*/s/ Dharmendra N. Choudhary*
Dharmendra N. Choudhary
Ned H. Marshak*
Jordan C. Kahn
Andrew T. Schutz

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*599 Lexington Avenue
Floor 36
New York, New York 10022
(212) 557-4000

1201 New York Ave., NW
Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  March 27, 2026

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)