**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE**

```
_____x
                                                :
ECOPURE SPECIALITIES LIMITED,                   :
                                                :
                      Plaintiff,                :        Court No. 26-02529
         v.                                     :
                                                :
UNITED STATES,                                  :
                                                :
                      Defendant,                :
                                                :
         and                                    :
                                                :
ORGANIC SOYBEAN PROCESSORS OF AMERICA,          :
                                                :
                 Defendant-Intervenor.          :
_____x
```

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to USCIT R. 56.2(a), the parties to this action have consulted and respectfully submit the following Joint Status Report and proposed briefing schedule:

1.    **Does the Court have jurisdiction over the action?**

Plaintiff believes that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c), 19 U.S.C. § 1516a(a)(2)(A)(i)(I), and 19 U.S.C. § 1516a(a)(2)(B)(iii). Defendant United States and Defendant-Intervenor Organic Soybean Processors of America are not aware of any basis to challenge the Court's jurisdiction at this time.

2.    **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties agree that this case should not be consolidated with any other case. The parties further agree that no portion of this case should be severed.

3.    **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that further proceedings in this case should not be stayed or deferred pending consideration of any other case before the Court.

**4.        Should the Court be aware of any other information at this time?**

The parties have consulted and have agreed to a briefing schedule with time periods other than the periods set out in Rule 56.2(d). Accordingly, a proposed order is attached containing the briefing schedule as proposed by the parties. Consistent with Administrative Order 25-01 and USCIT Rule 5(b)(2)(E), the parties consent to electronic service of all confidential filings. The parties are not aware of any additional information of which the Court should be aware at this time.

<strong>PROPOSED BRIEFING SCHEDULE</strong>

The parties have consulted and have agreed to the proposed briefing schedule set forth below and in the attached Proposed Order.

| FILING | DUE DATE |
| --- | --- |
| Plaintiff's USCIT R. 56.2 Motion and Brief | October 16, 2026 |
| Defendant's and Defendant-Intervenor's Responses | January 25, 2027 |
| Plaintiff's Reply | March 8, 2027 |
| Joint Appendix | March 22, 2027 |
| Requests for Oral Argument | March 24, 2027 |

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

*/s/ Ned H. Marshak*
Ned H. Marshak*
Dharmendra N. Choudhary
Andrew T. Schutz
Jordan C. Kahn

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

\* 599 Lexington Ave., 36th Fl.
New York, NY 10022
(212) 973-7759

*Counsel to Plaintiff*
*Ecopure Specialities Limited*


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

OF COUNSEL                                    TARA K. HOGAN
Vania Wang                                    Assistant Director
Attorney
U.S. Department of Commerce                   */s/ Anna. D. Walker*
Office of the Chief Counsel for               ANNA D. WALKER
Trade Enforcement and Compliance              Trial Attorney
                                              Commercial Litigation Branch
                                              Civil Division
                                              U.S. Department of Justice
                                              202-514-7300
                                              Anna.D.Walker@usdoj.gov

                                              *Attorneys for the United States*

                                              */s/ Michelle Li*
                                              Michelle Li
                                              THOMPSON HINE LLP
                                              1919 M Street, N.W., Suite 700
                                              Washington, D.C. 20036
                                              Direct:  (202) 263-4162
                                              Fax:  (202) 331-8330
                                              Email:  Michelle.Li@ThompsonHine.com

                                              *Counsel to Organic Soybean Processors of*
                                              *America*

Dated:   July 8, 2026