**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE**

ECOPURE SPECIALITIES LIMITED,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

ORGANIC SOYBEAN PROCESSORS OF AMERICA,

Defendant-Intervenor.

Court No. 26-02529

**SCHEDULING ORDER**

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade, and upon consideration of the Unopposed Motion for an Extension of Time to File Rule 56.2 Motion and Amend the Scheduling Order, it is hereby **ORDERED** that the above-captioned matter shall proceed according to the follow schedule:

| **FILING** | **DUE DATE** |
|---|---|
| Plaintiff's USCIT R. 56.2 Motion and Brief | October 30, 2026 |
| Defendant's and Defendant-Intervenor's Responses | February 8, 2027 |
| Plaintiff's Reply | March 22, 2027 |
| Joint Appendix | April 5, 2027 |
| Requests for Oral Argument | April 7, 2027 |

**SO ORDERED**.

/s/ Gary S. Katzmann
Gary S. Katzmann, Judge

Dated: October 9, 2026, 2026
New York, NY